**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1873**

DARLENE M. BLOSCH,

Plaintiff - Appellant,

v.

TRANSAMERICA PREMIER LIFE INSURANCE COMPANY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:18-cv-00660-RBS-DEM)

Submitted:  February 27, 2020                    Decided:  March 9, 2020

Before WILKINSON, KING, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Albert C. Selkin, WHITE & SELKIN, Virginia Beach, Virginia, for Appellant.  Kevin P. Greene, Michele F. Dallman, WILLCOX & SAVAGE, P.C., Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darlene M. Blosch appeals the district court's order granting summary judgment in favor of TransAmerica. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Blosch v. TransAmerica Premier Life Ins. Co.*, No. 2:18-cv-00660-RBS-DEM (E.D. Va. July 19, 2019). In addition, we decline to consider issues raised for the first time on appeal. *See Muth v. United States*, 1 F.3d 246, 250 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*